**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES WYMER,**

      **Plaintiff,**

**VS.**                        **Case No. 4:16cv156-RH/CAS**

**TALLAHASSEE POLICE,
MICHAEL DELEO, et al.,**

      **Defendants.**
_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2.  Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed.  Plaintiff names two Defendants in Section II of the complaint form, ECF No. 1 at 2, and lists the Police Department as a third Defendant on page one of the complaint.  Plaintiff generally contends that actions have been taken by the police to harass and intimidate him.  ECF No. 1 at 3.  He contends that

actions have been taken "with evil intent," trying "to make a disabled person act out." *Id.* Plaintiff reports that police officers "are sitting in private places following [him] in" both marked and unmarked vehicles. *Id.* He says that officers shine lights in his face to prevent Plaintiff from taking pictures "of their evil ways." *Id.*

Plaintiff has not alleged any facts which show that any named Defendant has violated his federal constitutional rights. Plaintiff has also not stated when or where any events took place, nor has he alleged that he has been harmed in any way. Additionally, Plaintiff does not allege sufficient facts to show a conspiracy under 18 U.S.C. § 241 because there is no private right of action under that criminal statute. Payne v. Allen, No. 2:08-CV-0296-WKW, 2008 WL 2326327, at *2 (M.D. Ala. June 3, 2008). Because Plaintiff has not presented sufficient facts which demonstrate a basis to proceed with this case, it should be summarily dismissed.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Judicial notice is taken that Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and one more case on March 25, 2016.

Case No. 4:16cv156-RH/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No.

1, be **DISMISSED** because it fails to state a claim upon which relief may be

granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.


 s/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

**A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**